Electronically Filed
Supreme Court
SCWC-21-0000669
11-AUG-2025
08:00 AM
Dkt. 36 OGAC

SCWC-21-0000669

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

PL III, LLC, a Hawaii limited liability company; ARICK B.
YANAGIHARA; WILLIAM G. BOYLE; and ANITA MATSUZAKI,
Respondents/Plaintiffs/Counterclaim Defendants-Appellants,
and
MICHAEL H. NEKOBA,
Petitioner/Plaintiff/Counterclaim Defendant-Appellant,
vs.
PUU LANI RANCH CORP., a Hawaiʻi Corporation,
Respondent/Defendant/Counterclaimant-Appellee,
and
F. NEWELL BOHNETT, as Trustee under that certain
unrecorded Revocable Living Trust Agreement dated July 29, 1981,
made by F. Newell Bohnett, as Settlor;
and F. NEWELL BOHNETT, in his individual capacity,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000669; CASE NO. 3CC11100433K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Somerville, in place of Recktenwald, CJ., recused)

Petitioner Michael H. Nekoba's application for writ of
certiorari filed on July 7, 2025, is accepted.

Under Hawaiʻi Rules of Appellate Procedure ("HRAP") Rule
40.1, this court "may limit the question on review."  Here, we
limit the question on review to question "A" of Petitioner's
application for writ of certiorari.

It is further ordered that no oral argument will be heard in this case. Any party may, within ten days and pursuant to HRAP Rule 34(c), move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, August 11, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladmir P. Devens

/s/ Rowena A. Somerville

